# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA

U. S. A. vs. Jeffrey Douglas                    Docket No. 1:05-CR-0236-02-BBM

## AMENDED PETITION AND ORDER TO REVOKE SUPERVISED RELEASE

COMES NOW Wilson F. Fraylon PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Jeffrey Douglas, who was placed on supervision for the offense of Conspiracy to Possess Marijuana with the Intent to Distribute, 21 USC 841(a)(1), 846 and 841(b)(1)(D), by the Honorable Beverly B. Martin, sitting in the court at Atlanta, Georgia, on the 31st day of August, 2006, who fixed the period of supervision at 24 months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

The defendant shall participate in a drug/alcohol treatment program under the guidance and supervision of the United States Probation Officer and if able, contribute to the cost of services for such treatment.

The defendant shall not own, possess or have under his control any firearm, dangerous weapon or other destructive device.

The defendant shall submit to a search of his person, property, real or personal, residence, place of business or employment, and/or vehicle(s) at the request of the United States Probation Officer. The defendant shall permit confiscation and/or disposal of any material considered contraband or any other item which may be deemed to have evidentiary value related to violations of supervision.

RESPECTFULLY PRESENTING AN AMENDED PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

<u>Failure to Avoid Illegal Substances:</u> Mr. Douglas tested positive for Cocaine on November 6, 2008, November 11, 2008, November 25, 2008, and December 2, 2008. On October 5, 2008, Mr. Douglas signed an Admission of Drug Use form indicating that he used Cocaine on October 5, 2008.

<u>Failure to Report as Directed for Code-a-Phone (Drug Testing):</u> Mr. Douglas failed to show up on October 6, 2008 and December 9, 2008.

<u>Failure to Attend Drug Treatment:</u> Mr. Douglas failed to attend drug treatment on September 23, 2008, October 14, 2008, October 16, 2008, October 22, 2008, December 4, 2008, and December 9, 2008.

<u>Failure to Report to the Probation Office as Directed:</u> the defendant was directed to report to the U.S. Probation Office on December 9, 20008 and he failed to comply.

**Violation of the Law:** On December 13, 2008, Mr. Douglas was arrested by the Atlanta Police Department and charged with Obstruction of a Law Enforcement Officer, Attempting to Remove a Weapon from a Law Enforcement Officer, Simple Assault, Giving False Information to Law Enforcement Officer. On January 29, 2009, Mr. Douglas appeared in Fulton County Superior Court and was convicted of Removal of Weapon from Law Enforcement Officer, Obstruction of a Law Enforcement Officer (3Cts.), Simple Assault, and Giving False Information to a Law Enforcement.

PRAYING THAT THE COURT WILL ORDER the offender be brought before the court to address why his supervision should not be revoked.

ORDER OF COURT

Considered and ordered this 25th day of June, 2009 and ordered filed and made a part of the records in the above case.

Honorable Beverly B. Martin
U. S. District Court Judge

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

Wilson F. Fraylon
U. S. Probation Officer

Place: Atlanta, Georgia

Date: June 16, 2009

Alvenia P. Singleton
Supv. U. S. Probation Officer