# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:05-cr-00236-BBM-CCH
## USA v. Avery
## Honorable Beverly B. Martin

Minute Sheet for proceedings held In Open Court on 01/19/2010.

| | |
|---|---|
| TIME COURT COMMENCED: 10:30 A.M. | COURT REPORTER: Montrell Vann |
| TIME COURT CONCLUDED: 10:45 A.M. | USPO: Wilson Fraylon |
| TIME IN COURT: 00:15 | DEPUTY CLERK: Pamela Wright |

| | |
|---|---|
| DEFENDANT(S): | [2]Jeffrey Douglas Present at proceedings |
| ATTORNEY(S) PRESENT: | Robert McBurney representing USA<br>\*\* Brian Mendelsohn representing defendant on behalf of Jeffrey Ertel |
| PROCEEDING CATEGORY: | Revocation of Supervised Release Hearing(Supervised Release Hearing Non-evidentiary); |
| REVOCATION HEARING INFO. | Defendant ADMITTED-IN-PART AND DENIED-IN-PART allegations.<br>Court found that defendant DID violate conditions of Probation/Supervised Release.<br>Probation/Supervised Release was REVOKED. |
| MINUTE TEXT: | Sentence imposed: 90 days imprisonment with no additional term of supervised release to follow. Defendant advised of appeal rights. |
| HEARING STATUS: | Hearing Concluded |